IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **INFINITY COMPUTER PRODUCTS, INC.** : <br> *Plaintiff* : <br> : <br> v. : <br> : <br> **TOSHIBA AMERICA BUSINESS** : <br> **SOLUTIONS, INC.** : <br> *Defendant* : | **CIVIL ACTION** <br><br> **NO. 12-6796** |

# O R D E R

**AND NOW**, this 12th day of October 2017, upon consideration of Defendant's *motion to dismiss*, [ECF 32], Defendant's declaration in support of its motion, [ECF 33], Plaintiff's response, [ECF 36], and Defendant's reply, [ECF 44], it is hereby **ORDERED** that Defendant's motion to dismiss is **DENIED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*