IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **INFINITY COMPUTER PRODUCTS, INC.** : <br> *Plaintiff* : <br> : <br> v. : <br> : <br> **TOSHIBA AMERICA BUSINESS** : <br> **SOLUTIONS, INC.** : <br> *Defendant* : | **CIVIL ACTION** <br><br> **NO. 12-6796** |

# ORDER

**AND NOW**, this 27th day of February 2018, upon consideration of Defendant Toshiba America Business Solutions, Inc.'s ("Defendant") *motion to transfer venue pursuant to 28 U.S.C. § 1404(a)* and supporting documents, [ECF 59, 60, 61], Plaintiff Infinity Computer Products Inc.'s response in opposition, [ECF 63], and Defendant's reply, [ECF 66], it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion filed on this day, that Defendant's motion to transfer is **DENIED**.

BY THE COURT:

/s/ Nitza I. Quiñones Alejandro
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*