# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **INFINITY COMPUTER PRODUCTS, INC.** : <br> *Plaintiff* : <br> : <br> v. : <br> : <br> **TOSHIBA AMERICA BUSINESS** : <br> **SOLUTIONS, INC.** : <br> *Defendant* : | **CIVIL ACTION** <br><br> **NO. 12-6796** <br> **(lead case)** |

## O R D E R

**AND NOW**, this 22nd day of February 2019, upon consideration of *Defendants' motion for partial summary judgment on pre-issuance damages and absolute intervening rights*, [ECF 70], Plaintiff's opposition thereto, [ECF 79], Defendants' reply, [ECF 80], and Plaintiff's sur-reply, [ECF 84], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendants' motion for partial summary judgment is **GRANTED**. Accordingly, the damages Plaintiff may obtain in this matter are subject to the pre-issuance damages and absolute intervening rights protections provided by 35 U.S.C. §252.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*