# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **INFINITY COMPUTER PRODUCTS, INC.** : | | CIVIL ACTION |
| *Plaintiff* : | | |
| : | | NO. 12-6796 |
| **v.** : | | **(Lead Case)** |
| : | | |
| **TOSHIBA AMERICA BUSINESS** : | | |
| **SOLUTIONS, INC.** : | | |
| *Defendant* : | | |

## ORDER

**AND NOW**, this 9th day of July 2019, upon consideration of the parties' *joint motion to stay*, [ECF 180], it is hereby **ORDERED** that:

1. The joint motion is **GRANTED**.

2. These consolidated actions are stayed until a final resolution of Plaintiff's issues relating to the claim construction order in *Infinity Computer Products, Inc. v. Oki Data Americas, Inc.*, Case No. 18-cv-463-LPS (the "Oki Data Claim Construction Order").

3. The parties shall provide notice to the Court upon the final resolution of the Oki Data Claim Construction Order.

4. The Clerk of Court shall place this matter in **CIVIL SUSPENSE** and mark it closed for statistical purposes.

BY THE COURT:

/s/ Nitza I. Quiñones Alejandro
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*